UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

August 20, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)　　Case No. 2:13-CCR-00217-KJM-5
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　ORDER FOR RELEASE OF
　　　　　　　　　　　　　　　　　　　)　　PERSON IN CUSTODY
VICTORIA M. TINGLER,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　)

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VICTORIA M. TINGLER</u>, Case No. <u>2:13-CR-00217-KJM-4</u>, Charge <u>Title 18 USC § 287</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__　　Release on Personal Recognizance

　　✔　　Bail Posted in the Sum of $ <u>50,000　(Co-signed)</u>

　　　　　✔　　Unsecured Appearance Bond

　　　　　__　　Appearance Bond with 10% Deposit

　　　　　__　　Appearance Bond with Surety

　　　　　__　　Corporate Surety Bail Bond

　　　　　✔　　(Other)　　　　<u>with pretrial supervision and conditions of release as</u>

　　　　　　　　　　　　　　　<u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 20, 2013</u> at <u>2:57</u> pm .

By　　_____
　　　　Dale A. Drozd
　　　　United States Magistrate Judge